# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

October 3, 2025

CL-2024-0645

K.D. v. J.B. (Appeal from Montgomery Juvenile Court: CS-20-900387.01).

## NOTICE

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Fridy and Bowden, JJ., concur.

Moore, P.J., and Edwards, J., concur in the result, without opinions.

Seth P. Rhodebeck, Clerk